# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:

Trial Court Style: **LEVY TOWNHOUSE OWNERS ASSOCIATION INC vs KATHLEEN BARRACO**

Trial Case No. **2014CI19385**

Trial Court No. **408**[TH]

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/4/2015 12:03:16 PM
KEITH E. HOTTLE
Clerk

I, Donna Kay M$^c$Kinney, Bexar County District Clerk, am the official responsible for preparing the Clerk's Record in the above referenced appeal. The record was originally due: August 31, 2015 . I anticipate the length of the record to be: **ONE VOLUME.**

I am unable to file the record by the date such record is due because:

(X)  The appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing such record.

( )  The Notice of Appeal was filed and was not routed to the Appeals Clerk to prepare the record.

( )  I was unaware that the Notice of Appeal was an accelerated appeal.

( )  I am unable to locate a pleading to complete the Clerk's Record for filing.

( )  Other:

I anticipate the record will be completed by:

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: **September 04, 2015**

Donna Kay M$^c$Kinney
Bexar County District Clerk

BY: _____
CONSUELO E. GOMEZ, DEPUTY

*Acknowledgment*

*State of Texas*
*County of Bexar*

Before me, the undersigned authority, on this day personally appeared CONSUELO GOMEZ, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: **September 04, 2015**

Signature: _____
Printed Name: MARIA HERRERA

Seal: